USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :     No. 11 Cr. 912 (JFK)
        -against-                        :     No. 15 Civ. 2222 (JFK)
                                         :
TYRIEK SKYFIELD,                         :     **ORDER**
                                         :
                        Defendant.       :
------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

By no later than March 26, 2021, the parties are directed to file letters of no more than three pages addressing whether the Second Circuit's recent decision in Collier v. United States, --- F.3d ---, No. 17-2402, 2021 WL 771689 (2d Cir. Mar. 1, 2021) (holding attempted federal bank robbery qualifies as a crime of violence under 18 U.S.C. § 924(c)(3)(A)), has any bearing on Defendant Tyriek Skyfield's pending habeas petition which questions whether attempted Hobbs Act robbery qualifies as a crime of violence under 18 U.S.C. § 924(c)(3)(A).

**SO ORDERED.**

Dated:   New York, New York
         March 2, 2021

                                    _____
                                         John F. Keenan
                                    United States District Judge