```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
UNITED STATES OF AMERICA              :
                                      :    No. 11 Cr. 912 (JFK)
     -against-                        :    No. 15 Civ. 2222 (JFK)
                                      :
TYRIEK SKYFIELD,                      :        ORDER
                                      :
                    Defendant.        :
-----------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    By letter dated July 27, 2022, Matthew B. Larsen ("Larsen") of the Federal Defenders of New York ("Federal Defenders") moves to withdraw as counsel for Defendant Tyriek Skyfield ("Skyfield") and requests that new counsel be appointed pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. (ECF No. 24.) The Government having no objection, the motion to withdraw is GRANTED. Larsen and the Federal Defenders are relieved as counsel for Skyfield. It is further ORDERED that Deveraux L. Cannick be appointed to represent Skyfield in the above-captioned matter, pursuant to the CJA, effective today, July 28, 2022.

**SO ORDERED.**

Dated:   New York, New York
         July 28, 2022

                                                              /s/ John F. Keenan
                                                               John F. Keenan
                                                      United States District Judge